# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 157 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCUS TEAGUE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 158 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCUS TEAGUE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 159 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MARCUS TEAGUE, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 160 EAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

MARCUS TEAGUE, : 

          Petitioner : 

COMMONWEALTH OF PENNSYLVANIA, : No. 161 EAL 2023

          Respondent :

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

          v. :

MARCUS TEAGUE, :

          Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 162 EAL 2023

          Respondent :

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

          v. :

MARCUS TEAGUE, :

          Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 163 EAL 2023

          Respondent :

              : Petition for Allowance of Appeal
              : from the Order of the Superior Court

          v. :

MARCUS TEAGUE, :

          Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 164 EAL 2023

          Respondent :

[157 EAL 2023, 158 EAL 2023, 159 EAL 2023, 160 EAL 2023, 161 EAL 2023, 162 EAL 2023, 163 EAL 2023, 164 EAL 2023 and 165 EAL 2023] - 2

|  | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |
| v. | : | |
|  | : | |
| MARCUS TEAGUE, | : | |
|  | : | |
| Petitioner | : | |
|  |  |  |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 165 EAL 2023 |
|  | : | |
| Respondent | : | |
|  | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |
| v. | : | |
|  | : | |
|  | : | |
| MARCUS TEAGUE, | : | |
|  | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

Justice McCaffery did not participate in the consideration or decision of this matter.